

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION FOR REHEARING

Appellate case name:    In re 8650 Frisco, LLC d/b/a Estilo Gaucho Brazilian Steakhouse, Mandona, LLC, Galovelho, LLC, Bahtche, LLC, Claudio Nunes, and David Jeiel Rodrigues

Appellate case number:    01-15-00423-CV

Trial court:    133rd District Court of Harris County

Date motion filed:    July 23, 2015

Party filing motion:    Relators

It is ordered that the relators' motion for rehearing is **denied**.


Judge's signature: /s/ Russell Lloyd
                    Acting for the Court

Panel consists of Justices Keyes, Huddle, and Lloyd


Date:  September 3, 2015